UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:06-00060 |
| | ) | JUDGE CAMPBELL |
| CAROL S. MOORE | ) | |

### ORDER

Pending before the Court is a Petition (Docket No. 39) alleging three violations of supervised release. The Court held a hearing on the Petition on May 2, 2013.

The Court found that the Government did not prove, by a preponderance of the evidence, the three violations alleged in the Petition. Defendant Moore did not willfully fail to pay restitution due to her substantial monthly expenses. Defendant Moore notified the Probation Office of her law enforcement contact.

The previous Judgment (Docket No. 16) and Order (Docket No. 38) extending the period of supervised release, remain unchanged. The Court declined to modify the conditions of release because there was no factual or legal basis to do so.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE